IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GARY JOHNSON**, <br><br> Plaintiff, <br><br> v. <br><br> **CREDIT CONTROL, LLC**, <br><br> Defendant. | **CIVIL ACTION** <br><br> **NO. 23-5050-KSM** |

## ORDER

**AND NOW**, this 29th day of July, 2024, **IT IS ORDERED** as follows:

1. Upon consideration of Plaintiff's Motion for Summary Judgment (Doc. No. 18), and Defendant's opposition (Doc. Nos. 19, 20), it is **ORDERED** that the Motion is **DENIED**.

2. Upon consideration of Defendant's Motion for Summary Judgment (Doc. Nos. 16, 17), Plaintiff's opposition (Doc. No. 21), and Defendant's reply (Doc. Nos. 22, 23), it is **ORDERED** that that the Motion is **GRANTED**.

3. Judgment is granted in favor of Defendant. Plaintiff's claim against Defendant is **DISMISSED with prejudice**.

4. The Clerk of Court shall mark this case **CLOSED**.

   **IT IS SO ORDERED.**

/s/ Karen Spencer Marston
_____
KAREN SPENCER MARSTON, J.